## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| **vs.** | :    **MISC. ACTION 07-00010-WS-B** |
| **JOSEPHINE JACKSON,** | : |
| **Defendant.** | : |
| | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that the Government's Petition to Enforce IRS Summons Defendant be **GRANTED**.

DONE this 19th day of July, 2007.

/s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE